UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLARENCE S. VANBLOUNT,

    **Plaintiff,**

v.                             Case No.  5:23-cv-233-TKW-MJF

MIDDLEBROOKS, et al.,

    **Defendants.**

_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 13) and Plaintiff's letter (Doc. 14). The Court will treat as an objection to the Report and Recommendation under Fed. R. Civ. P. 72(b)(2).

The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3). Based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to pay the initial partial filing fee as directed. The Court did not overlook Plaintiff's claim that he requested that the facility withdraw $10.50 out of his inmate trust account to pay the filing fee and that he assumed that was done, but the Court finds that claim no more persuasive than the magistrate judge

did (*see* Doc. 13 at 5) because Plaintiff still has not provided any documentation to corroborate that claim.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 5th day of January, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**